## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEW MEXICO

ANABELLE FLORES,

    Plaintiff,

vs.                                                                                     No:       2:11-cv-00108-GBW-CG

ALLSTATE INSURANCE COMPANY,
a foreign corporation, and
ELIZABETH GREER,

    Defendants.

## ORDER ON MOTION TO STAY

**THIS MATTER**, having come upon the parties' *Joint Motion to Stay*. (Doc. 15). The parties propose to stay this case pending arbitration of the underlying UM/UIM claim. The Court, having considered said Motion, noting that it is unopposed, and being otherwise fully advised in the premises, **FINDS** that the Motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED**, that this matter be stayed and that any currently scheduled hearings are hereby are vacated.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE